Sarina Saluja (SBN 253781)
Email: ssaluja@fisherphillips.com
FISHER PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile:(213) 330-4501

Attorneys for Plaintiff Fidelity Brokerage Services LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| FIDELITY BROKERAGE SERVICES LLC,<br><br>           Plaintiff,<br>v.<br><br>CAROL YORK and CYPRESS WEALTH SERVICES, LLC,<br><br>           Defendants. | CASE NO. 5:19-cv-01929-JGB-SP<br><br>**ORDER GRANTING REQUEST TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE**<br><br>Complaint Filed: October 8, 2019 |

   GOOD CAUSE APPEARING, IT IS ORDERED that Defendants Carol York and Cypress Wealth Services, LLC are Dismissed Without Prejudice from this action because the parties have stipulated to pursue this action through FINRA Arbitration.

Dated: January 9, 2020

_____
Hon. Jesus G. Bernal
United States District Judge

ORDER GRANTING REQUEST TO DISMISS WITHOUT PREJUDICE

FP 36901388.1